**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

      v.      Criminal Case No. 12-50082-001

**JOSE GUADALUPE MARTINEZ-ROSALES**                                          **DEFENDANT**

**O R D E R**

Now on this 2nd day of January, 2013, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #14), to which all parties have waived objections, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, defendant's plea of guilty is accepted, and the written Plea Agreement in this matter is tentatively approved, subject to final approval at sentencing.

**IT IS SO ORDERED.**

                                                  /s/ Jimm Larry Hendren
                                                  **JIMM LARRY HENDREN**
                                                  **UNITED STATES DISTRICT JUDGE**